# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )
    )
v.    )        CR417-195
    )
DARYL JACKSON,    )
    )
    Defendant.    )

## ORDER

Before the Court are two letters, docs. 67 & 68, from defendant regarding his attorney's behavior in this case which is now on appeal, doc. 61. In this district, "[a]bsent prior leave of Court, a defendant represented by counsel may not file a motion, brief, or other paper *pro se*, except for a motion for the appointment of new counsel or a motion to proceed *pro se*." S.D. Ga. L.R. 44.2. Furthermore, as this case is on appeal, doc. 61, and his current counsel has been appointed by the Court of Appeals for the Eleventh Circuit, doc. 64, this Court lacks jurisdiction over any complaints defendant may have. Accordingly, if plaintiff has any concerns, he should direct them to that Court.

**SO ORDERED,** this <u>1st</u> day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA