UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DARYL JACKSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV420-126 |
| | ) | CR417-195 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

The Court granted Daryl Jackson leave to amend his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence, and directed him to "submit a single amended motion no later than July 15, 2022 which will supersede all prior motions." Doc. 111 at 1-2.[1] He subsequently requested an extension of his deadline to file an amended motion; however, he did not specify a requested extension length. Doc. 112 at 2-3. "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). For good cause

---

[1] The Court cites to the criminal docket in CR417-195 unless otherwise noted.

shown, the Court *sua sponte* extends Jackson's deadline to submit a single amended motion to August 15, 2022. *Id.* His extension request is therefore **DISMISSED as moot**. Doc. 112. The Court **DIRECTS** the Government to respond to the amended motion within 35 days from the date the Clerk dockets it. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED**, this 15th day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA